# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**
E-MAIL: pelton@peltonlaw.com

April 30, 2015

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Decastro et al v. Timeless Hospitality Group, LLC et al*
             Civil Action No. 15-cv-1374 (RA)

Dear Judge Abrams:

      This office represents Plaintiffs in the above-referenced action. We write to respectfully request a forty-five (45) day adjournment of the Initial Conference, currently scheduled for May 8, 2015 at 2:45 pm.

      Plaintiffs filed their Class & Collective Action Complaint in the above-referenced action on February 25, 2015. Defendants were served with the Complaint by personal service on March 7, 2015 and were required to Answer or otherwise respond to the Complaint by March 30, 2015. To date, Defendants have yet to file an Answer or otherwise respond to the Complaint. On April 10, 2015, Plaintiffs sent a letter to Defendants informing them that we planned to move forward with an Order to Show Cause for Default Judgment if we did not receive a response by April 30, 2015. As such, Plaintiffs plan on filing their Order to Show Cause for Default Judgment pursuant to Your Honor's Individual Rules.

      This is the first request for an adjournment. We have not been contacted by Defendants and, therefore, have not been able to obtain their consent.

      We appreciate Your Honor's attention to this matter. Please feel free to contact the undersigned should Your Honor have any questions or concerns regarding this submission.

      Respectfully submitted,

      */s/ Brent E. Pelton*

      Brent E. Pelton, Esq. of
      PELTON & ASSOCIATES PC