USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARLOS DECASTRO, *et al.*,　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　　　　　　　:　　15-CV-1374 (RA) (JLC)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　- against -　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
TIMELESS HOSPITALITY GROUP, LLC *et al.*,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　　　　:
----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

　　　　As set forth at the initial case management conference held today, Plaintiffs will file their motion for conditional certification by August 27, 2015, Defendants will file their opposition by September 25, and Plaintiffs will file their reply by October 9. Prior to submitting this briefing, the parties are directed to meet and confer in order to attempt to resolve (or narrow the scope of) any anticipated discovery disputes and address whether the parties can stipulate to conditional certification. Also as set forth at the conference today, the parties shall complete all discovery by January 15, 2016.

　　　　The Court will hold a status conference on January 19, 2016 at 10:00 a.m. in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York. At this conference, the

parties will inform the Court whether they wish to participate in a settlement conference with the Court. The Court will also set a schedule for Plaintiffs' anticipated motion for class certification and any potential summary judgment motions.

**SO ORDERED.**

Dated: New York, New York
July 28, 2015

_____
JAMES L. COTT
United States Magistrate Judge