```
                                                      USDC SDNY
                                                      DOCUMENT
                                                      ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                          DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                         DATE FILED:  12/18/2015
```

------------------------------------------------------------X
CARLOS DECASTRO, *et al.*,                :      **ORDER**
                                          :
               Plaintiffs,                    :      15-CV-1374 (RA) (JLC)
                                          :
        - against -                         :
                                          :
TIMELESS HOSPITALITY GROUP, LLC *et al.*, :
                                          :
               Defendants.                    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       On December 17, 2015, the parties informed the Court that they have reached a settlement in principle of this action. (Dkt. No. 47). Also on this date, the parties consented to my jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). (Dkt. No. 48). The parties are directed to file a joint letter motion along with their settlement agreement no later than **January 22, 2016** (not January 29 as the parties propose) to request Court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise comply with the Second Circuit's recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are further directed to *Souza v. St. Marks Bistro*, No. 15-CV-327 (JLC), 2015 WL 6798807 (S.D.N.Y. Nov. 6, 2015) for additional guidance.

       **SO ORDERED.**

Dated: New York, New York
       December 18, 2015

                                                                                                     JAMES L. COTT
                                                                                                    United States Magistrate Judge