```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/14/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARLOS DECASTRO, *et al.*,                            :        **ORDER**
                                                      :
           Plaintiffs,        :        15-CV-1374 (RA) (JLC)
                                                      :
    - against -                              :
                                                      :
TIMELESS HOSPITALITY GROUP, LLC *et al.*,             :
                                                      :
           Defendants.        :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       On July 28, 2015, the Court scheduled a status conference for January 19, 2016. (Dkt. No. 36). On December 17, 2015, the parties informed the Court that they have reached a settlement in principle of this action, and the Court directed the parties to submit their settlement agreement for approval by January 22, 2016. (Dkt. Nos. 47, 49). In light of the settlement, the Court adjourns *sine die* the January 19 status conference.

       **SO ORDERED.**

Dated: New York, New York
        January 14, 2016

_____
JAMES L. COTT
United States Magistrate Judge