

# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

# Invoice
Invoice Number: 341129
Invoice Date: Mar 23, 2015
Page: 1

To: SALOMON MEJIA
Pelton & Associates PC
111 Broadway
Suite 1503
New York, NY  10006

ENTERED IN CLIO   **INVOICE PAID**

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 2203 | 209423 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 3/4/15 | 4/22/15 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| | | CARLOS DECASTRO    V    TIMELESS HOSPITALITY GROUP, LLC    15 CV 01374 | | |
| 3.00 | SSS | Service On The Secretary Of State BARRIQUE STAMFORD, LLC ; DOPPIO HUDSON STREET LLC; DOPPIO LLC | 52.00 | 156.00 |
| 3.00 | DAL | Court Work - Albany Ny | 20.00 | 60.00 |
| 3.00 | CHK | Drafting of Check | 15.00 | 45.00 |
| 1.00 | DIS | Disbursements | 120.00 | 120.00 |

Check No:

 

Pay online!
www.dlsnational.com

KINDLY NOTE:  1.5% interest per month (18% annually) will accrue on invoices not paid within our terms of 30-days.

Subtotal: 381.00
Sales Tax:
Total Invoice Amount: 381.00
Payment Received: 0.00
**TOTAL** 381.00

Please make checks payable to:
DLS, Inc.

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

# Invoice

Invoice Number: 341385
Invoice Date: Mar 27, 2015
Page: 1

Duplicate
ENTERED IN CLIO
INVOICE PAID

To: SALOMON MEJIA
Pelton & Associates PC
111 Broadway
Suite 1503
New York, NY  10006

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 2203 | 209479 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 3/4/15 | 4/26/15 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SZK | CARLOS DECASTRO AGAINST TIMELESS HOSPITALITY GROUP, LLC    15<br>CV 01374<br>Process Service  - Zone K/connecticut    DOPPIO, LLC<br>42 MUNKO DRIVE, STAMFORD, CT | 159.00 | 159.00 |
| 1.00 | GAS | Fuel Surcharge | 3.50 | 3.50 |

Check No:

Pay online!
www.dlsnational.com

KINDLY NOTE:  1.5% interest per month (18% annually) will accrue on invoices not paid within our terms of 30-days.

Subtotal  162.50
Sales Tax
Total Invoice Amount  162.50
Payment Received  0.00
TOTAL  162.50

Please make checks payable to:
DLS, Inc.

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

**Invoice**

Invoice Number: 341386
Invoice Date: Mar 27, 2015
Page: 1

Duplicate

To: SALOMON MEJIA
Pelton & Associates PC
111 Broadway
Suite 1503
New York, NY 10006

**ENTERED IN CLIO**

**INVOICE PAID**

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 2203 | 209425 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 3/3/15 | 4/26/15 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SZC | CARLOS DECASTRO AGAINST TIMELESS HOSPITALITY GROUP, LLC   15 CV 01374<br>Process Service   - Zone C/nassau-suffolk      HARRY ARMON 24 CLINTON AVE, HUNTINGTON, NY | 179.00 | 179.00 |
| 3.00 | ADS | Additional Service      JOSEPH BARRESI, LOUIS BARRESI AND THOMAS PESCUMA | 45.00 | 135.00 |
| 141.00 | CPY | Copies | 0.25 | 35.25 |
| 1.00 | CP | Postage | 7.98 | 7.98 |
| 1.00 | GAS | Fuel Surcharge | 3.50 | 3.50 |

Check No:

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

Pay online!
www.dlsnational.com

KINDLY NOTE:  1.5% interest per month (18% annually) will accrue on invoices not paid within our terms of 30-days.

Subtotal        360.73
Sales Tax         3.13
Total Invoice Amount   363.86
Payment Received     0.00
**TOTAL**        363.86

Please make checks payable to:
DLS, Inc.

"DLS, INC." TAX ID NO. 13-3179699



# Demovsky Lawyer Service
401 Broadway, Suite 510
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.dlsnational.com
NYC/DCA LIC. # 1416526

# Invoice

Invoice Number: 341387
Invoice Date: Mar 27, 2015
Page: 1

Duplicate

**ENTERED IN CLIO**

**INVOICE PAID**

To: SALOMON MEJIA
Pelton & Associates PC
111 Broadway
Suite 1503
New York, NY 10006

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 2203 | 209475 | Net 30 Days | |
| | | Request Date | Due Date |
| | | 3/4/15 | 4/26/15 |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | AZK | CARLOS DECASTRO AGAINST TIMELESS HOSPITALITY GROUP, LLC   15 CV 01374<br>Attempted Process Service  - Zone K/ Conn.        DOPPIO, LLC<br>144 MASON STREET, GREENWICH, CT | 159.00 | 159.00 |
| 1.00 | GAS | Fuel Surcharge | 3.50 | 3.50 |
| 47.00 | CPY | Copies | 0.25 | 11.75 |

Check No:

VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

Pay online!
www.dlsnational.com

KINDLY NOTE:  1.5% interest per month (18% annually) will accrue on invoices not paid within our terms of 30-days.

Subtotal: 174.25
Sales Tax: 1.04
Total Invoice Amount: 175.29
Payment Received: 0.00
TOTAL: 175.29

Please make checks payable to:
DLS, Inc.

"DLS, INC." TAX ID NO. 13-3179699