USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/9/2016_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARLOS DECASTRO, *et al.*,                       :      **ORDER**
                                                 :
                 Plaintiffs,     :      15-CV-1374 (JLC)
                                                 :
      - against -                           :
                                                 :
TIMELESS HOSPITALITY GROUP, LLC *et al.*,        :
                                                 :
                 Defendants.    :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Following a settlement conference of this wage-and-hour case conducted under my supervision on November 6, 2015 (and additional negotiations between the parties in the ensuing weeks), the parties consented to my jurisdiction under 28 U.S.C. § 636(c) (Dkt. No. 48) and have submitted a joint letter (Dkt. No. 55) along with their proposed settlement agreement (Dkt. No. 55-1) for my approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Having carefully reviewed the joint letter and the proposed settlement agreement (as revised), and having participated in a lengthy mediation that ultimately led to the settlement, the Court finds that the proposed settlement (including the allocation of attorney's fees) is fair and reasonable under the totality of the circumstances (and in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 332, 335 (S.D.N.Y. 2012)). Accordingly, the settlement is approved. The Court will separately "so order" the Stipulation of Discontinuance once it is fully executed by counsel and submitted to the Court.

      **SO ORDERED.**

Dated: New York, New York
       February 9, 2016

_____
JAMES L. COTT
United States Magistrate Judge