```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS DECASTRO, *et al.*,                           :       **ORDER**
                                                     :
              Plaintiffs,                  :       15-CV-1374 (JLC)
                                                     :
        - against -                              :
                                                     :
TIMELESS HOSPITALITY GROUP, LLC *et al.*,            :
                                                     :
              Defendants.                  :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

       The Court held a conference today to address the status of the settlement agreement and defense counsel's motion to withdraw. (Dkt. No. 59). Counsel for Defendants reported that the final settlement documents have now been executed by all of her clients. Given that the settlement has now been finalized, the Court will sign and docket the stipulation of discontinuance submitted by the parties on January 22, 2016. (Dkt. No. 51-1). Further, in light of the settlement, defense counsel has withdrawn the motion to withdraw.

       The Clerk of Court is directed to close docket entry 59 and close the case.

       **SO ORDERED.**

Dated:  New York, New York
           March 9, 2016

                                                          _____
                                                         JAMES L. COTT
                                                        United States Magistrate Judge